UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TOM WHITAKER, TRUSTEE, et. al. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>W.H. CONSTRUCTION, INC., )<br>)<br>Defendant. ) | CAUSE NO.: 1:05-CV-0596-SEB-VSS |

**DEFAULT JUDGMENT AND**
**PERMANENT INJUNCTION**

Defendant W.H. Construction, Inc. having failed to plead or otherwise defend in this action, and its default having been entered, now, upon application of the Plaintiffs, the Plaintiffs are entitled to the sum of $117,520.71 for delinquent contributions and liquidated damages, and the attorneys for Plaintiffs being entitled to reasonable attorney fees and costs of $2,000.00 for their services rendered in this matter, as shown by the Affidavit of Frederick W. Dennerline, III, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Funds recover of Defendant the sum of $117,520.71, and their attorney fees, expenses and costs in the amount of $2,000.00, for a total judgment in the amount of $119,520.71.

IT IS FURTHER ORDERED that the Defendant should be and is PERMANENTLY ENJOINED as follows:

Defendant, its agents, servants, employees, and all persons in active counsel and in participation with it, are permanently enjoined from failing and/or refusing to make timely payment of monies due Plaintiff Funds on behalf of all of Defendant's employees

for whom contributions are required under the aforementioned collective bargaining agreements, beginning with the contributions for the month of December, 2005. All future contributions will be paid on or before their due date on the basis specified in any collective bargaining agreement between the Carpenter's Union and the Defendant.

Dated  03/22/2006

                                            _____
                                            SARAH EVANS BARKER, JUDGE
                                            United States District Court
                                            Southern District of Indiana

Copies to:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE
fdennerline@fdgtlaborlaw.com

W.H. Construction, Inc.
c/o Walter Hamilton, Jr., Registered Agent
3636 E. 38th Street
Indianapolis, IN 46218


p/455/jlb